IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JONATHAN TERRY**                                            **PLAINTIFF**

V.                      **CASE NO. 5:24-CV-5179**

**DISTRICT COURT OF BENTON COUNTY,
ARKANSAS, ROGERS DIVISION**                            **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 4) filed in this case on September 5, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 11th day of October, 2024.

                                                      */s/ Timothy L. Brooks*
                                                      TIMOTHY L. BROOKS
                                                      UNITED STATES DISTRICT JUDGE